# DEFENDANT'S EMERGENCY PETITION FOR AN EMERGENCY TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF UNDER 42 U.S.C. § 1983 FOR STRUCTURAL DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

## Key Federal Claims

U.S. District Court
Wisconsin Eastern

**MAY 22 2026**

FILED
Clerk of Court

Local city of Kenosha officials are committing **constitutional torts** that cause you immediate, irreparable harm. Four federal violations are listed:

1. **Fourth Amendment Violation:** Executing an arrest warrant based on a hidden, fabricated affidavit that you are legally barred from seeing with the threat that I have until today, May 22, 2026 at 5:00p.m.

2. **Falsification of Law Enforcement Identity Databases:** Kenosha County Jail administrators are actively altering historical inmate database records by backdating future mailing addresses into past arrest profiles. This is being done to manufacture a fraudulent record of non-compliance against me, while simultaneously destroying jail surveillance footage to cover up an initial unconstitutional confinement There is no probable cause and is a violation of my 4th Amendment

3. Judge Recusal: I also submitted a recusal for Judge Hughes for what he did and said to me at the March 5, 2026 hearing, keeping unauthorized counsel on my account, delaying next court hearing he said because another attorney who I have no legal binding to, and I objected to her presence in the courtroom and the judge counting her speaking for me, which is false. This case has gone on for 9 months, with no preliminary or pretrial.

4. **Sixth Amendment Violation (Complete Denial of Counsel):** Locking you out of your electronic court e-filing system for now 16 weeks (14 weeks when Judge Hughes said he is issuing a warrant) by forcing a "ghost counsel" on your record who I didn't consent to, never contacted me and had my Discovery for almost 3 weeks at the point when I saw an attorney entered on my Record. Bills me for unconsented services, and no services, no contact, no authorization which is my privacy right that my Discovery as handed out without my authorization. He stood silent while the court has this meeting on May 6, 2026 and knew he had no contact with me and did not or did say something but it sounds like it was to harm me.

5. There has been total denial of counsel from when all this started with criminal charges to me on 08/26/25; posting bail was ignored twice- the First time was when the cops kept saying it in their conversations with each other what the bail was, but when I said that I was posting bail, the police officer raised it. The DA is not releasing his body camera.

6. The Judge ordered bail at the Intake Court Initial hearing but I was kept locked up for 18 more hours. The jail staff said to me that it was my fault they did.
   a. I saw one body camera where the court cop was saying to them to hold her.

7. **First Amendment Violation:** The judge explicitly cutting off my speech, his illegal interruption of my Right to Petition the Government, and his statement that I could only remove the (ghost, unauthorized) counsel "if he allows it"; retaliating against me by getting up from his bench and calling the sheriff when I objected, and threatening that you will "look like the problem" for exercising your right to petition the government of another State attorney denies counsel. At no point, was he concerned about my counsel.

8. **Fourteenth Amendment Violation (Fraud on the Court):** State actors actively splicing courthouse video footage of the hearing and fabricating public CCAP summaries when the sheriff on March 5, 2026, was called by the Judge Hughes on March 5, 2026 and the sheriff was taken away from her front door of the courthouse post and went running to his courtroom the Sheriff or whoever from them, put the Sheriff going into the courtroom after the public defender went in. That didn't happen in that order. Kenosha Sheriff is stating there isn't a Sheriff report from that day with Judge Hughes, the Judge's phone call to the Sheriff isn't available, and his clerk's phone call to the public defender isn't available. The transcripts of that hearing, the court reporter and Deputy Clerk are lying about a document I gave them. The Sheriff is not releasing camera footage that looks into the finance room clerk window. do and fabricating public CCAP summaries to hide *ex parte* meetings and strip away your right to a speedy trial.

9. The court cop who I recused with Kenosha municipal court and the 4 pages of criminal charges the court and court cop want to bring after I did the recusal and they lied about when they received ex parte communication. I asked for a copy of the email they were referring to and saw that they were not staring he correct time received and that I should have known too they said. The criminal report is full of fabrication of stories. The DA is not releasing evidence that shows my innocence.

10. Right to an attorney if you can't afford one.

11. Right to a Speedy Trial. It has been 9 months and no pretrial or preliminary hearing.

12. Right to fair trial. Someone has entered a Plea and I am innocent. They are covering my innocence by refusing to view evidence, blocking releasing of evidence, denying the law and the Rights U.S. citizens have honoring the Constitution.

13. Right to toilet paper in jail. Right to a toilet that isn't full with feces and menstrual when you arrive and sat in there for 25 more hours.

## ARGUMENTS & LEGAL AUTHORITY

14. **Complete Denial of Counsel and Fraud on the Court:** Under *United States v. Cronic*, 466 U.S. 648 (1984), a complete denial of counsel exists when an attorney acts as an agent of the State rather than an advocate for the accused. Forcing an attorney on a record, locking the client out of their e-filing system for six weeks, and then fabricating billing charges constitutes an unconstitutional structural defect that invalidates all subsequent proceedings.

15. **Falsification of Public Summaries Destroys Jurisdiction:** Entering a false statement on CCAP claiming the defense requested a delay—when the

Defendant was entirely excluded from the hearing—constitutes a fraudulent alteration of a public record. A court loses its baseline authority when its administrative database is actively manipulated to falsify procedural history.

16. **Fabrication of the May 6, 2026 Hearing:** On May 6, 2026, Judge Hughes, the District Attorney, and the unauthorized counsel met *ex parte*. No notice, summons, or fax was ever sent to the Defendant, and the Defendant was completely excluded from the scheduling or availability process. The attorney failed to notify the judge that he had never contacted the Defendant.

17. **The Courtroom Confrontation and Law Enforcement Call:** When the Defendant formally objected to the court's command to speak with a substitute public defender, Judge Hughes retaliated by immediately getting up and calling the Sheriff into the courtroom to silence the Defendant. Court staff falsely claimed the primary unauthorized attorney was "at another trial," despite no such trial appearing on that attorney's master calendar.

18. **Total Exclusion and E-File Lockout:** For over sixteen consecutive weeks, the Defendant's electronic court filing account has been actively blocked and locked out by the unconsented presence of an unauthorized public defender, completely denying the Defendant direct access to file motions or review the case record. She has asked him to get off of her eFile and she has told multiple clerks and Judge Hughes.

19. **Judicial Interruption and Silencing:** At the Defendant's initial meeting with Judge David O. Hughes on March 5, 2026, the judge aggressively interrupted the Defendant when the Defendant attempted to expose the structural breakdown of the case having an unauthorized attorney on her Record including her eFile and blocking her access to the court. The Kenosha Court clerk Administration would not remove him, the attorney wouldn't remove himself, the Plaintiff (or in Kenosha, the Defendant) contacted the judge's clerk's, criminal clerk, and no one would ake her call or return it. This blocked her from any filing the DA was doing. I found a Plea was entered on my case for the charges which I am completely innocent of.

20. The clerk s put the case on CCAP 4 times, disappeared from last Friday night, May 15, 2026 then reappeared Saturday, May 16, 2026, the next day.

## II. STATEMENT OF IMMEDIATE AND IRREPARABLE HARM

1. Plaintiff faces an immediate and absolute deprivation of physical liberty if this Court does not intervene. A fraudulent state arrest warrant is scheduled for execution at **5:00 PM today, May 22, 2026**.
2. The United States Supreme Court has repeatedly held that the loss of First and Fourth Amendment freedoms, even for minimal periods of time, unquestionably constitutes irreparable injury.
3. Plaintiff has no adequate remedy at law within the state court system because the state trial court, the clerk's office, and local law enforcement are actively colluding to block Plaintiff's physical access to the building, suppress transcripts, and reject independent pro se filings.

## III. PRAYER FOR EMERGENCY FEDERAL RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Honorable United States Court enter an Order:

1. **ISSUING** an immediate Temporary Restraining Order halting the enforcement or execution of any state-level bench warrants or capiases issued against Plaintiff by the Kenosha County Circuit Court;
2. **Issuing a Quash of the bench warrant.**
3. **ENJOINING** the Defendants from conducting any further proceedings in this matter until an outside, neutral federal magistrate can review the tampered electronic records, falsified CCAP entry logs, and altered video files; and
4. **ORDERING** the immediate removal of the unauthorized attorney from the state court case profile to restore Plaintiff's constitutional access to the court record.
5. **Ordering if possible, a Dismissal with prejudice of all criminal charges.**

Dated this 22nd day of May, 2026.

Respectfully submitted,

Leslie A. Troha
3120 E. Norwich Avenue, Apt. 206
St. Francis, WI. 53235
Cell: 414 – 506 - 5313